IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CASH TILLMAN ERWIN                                                                                  PLAINTIFF

v.                                              Case No. 6:24-cv-06099

MELINDA RYAN                                                                                        DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that Plaintiff's case be dismissed without prejudice.

Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge